JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEAN MAX DARBOUZE,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF, et al.,<br><br>  Defendants. | No. 2:18-cv-02964-CJC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 13, 2021

_____
CORMAC J. CARNEY
United States District Judge